ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| Supreme Foodservice GmbH ) | ASBCA No. 59487 |
| ) | |
| Under Contract No. SPM300-05-D-3130 ) | |

APPEARANCES FOR THE APPELLANT:     Daniel P. Graham, Esq.
                                           Philip J. Davis, Esq.
                                           Tyler E. Robinson, Esq.
                                            Wiley Rein LLP
                                            Washington, DC

APPEARANCES FOR THE GOVERNMENT:     Daniel K. Poling, Esq.
                                           DLA Chief Trial Attorney
                                           Kristin K. Bray, Esq.
                                           John F. Basiak, Jr., Esq.
                                           Corinne Foley Petersen, Esq.
                                           Kari L. Scheck, Esq.
                                           Trial Attorneys
                                           DLA Troop Support
                                           Philadelphia, PA

## ORDER OF DISMISSAL

Pursuant to the parties' Stipulation of Dismissal with Prejudice, dated 19 May 2015, this appeal is hereby dismissed with prejudice.

Dated: 21 May 2015

CHERYL L. SCOTT
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59487, Appeal of Supreme Foodservice GmbH, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals